UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-8283 FFM | Date | August 25, 2014 |
|---|---|---|---|
| Title | ANA DIAZ v. CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed its own files and records and notes that the parties have failed to file their Joint Stipulation.

The parties are **HEREBY ORDERED** to file a Joint Stipulation within 14 days of the date of this Minute Order. Failure to comply with the Court's Orders will result in issuance of a Dismissal for Failure to Prosecute.

                                                                                              :
                                            Initials of Preparer             JM